1  SCOTT KALKIN (BAR NO. 120791)
   ROBOOSTOFF & KALKIN
2  A Professional Law Corporation
   369 Pine Street, Suite 820
3  San Francisco, California 94104
   (415) 732-0282
4
5  ATTORNEY FOR PLAINTIFF KIJOO KIM

6  DOUGLAS A. SCULLION (BAR NO. 215339)
   ANNA S. YOUSSEFI (BAR NO. 260911)
   DENTONS US LLP
7  One Market Plaza, Spear Tower, 24th Floor
   San Francisco, California  94105
8  Telephone:    (415) 267-4000
   Facsimile:    (415) 267 4198
9  E-mail:       doug.scullion@dentons.com
                 anna.youssefi@dentons.com
10
   ATTORNEYS FOR DEFENDANT
11 THE LINCOLN NATIONAL LIFE INSURANCE
   COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| KIJOO KIM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>　　　　　Defendants. | Case No. 4:17-CV-04560-HSG<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:　Nov. 14, 2017<br>Time:　2:00 p.m.<br>Dept.:　Courtroom 2, 4th Floor |

Plaintiff Kijoo Kim ("Plaintiff") and Defendant The Lincoln National Life Insurance Company ("Lincoln") hereby stipulate and request the Court continue the Case Management Conference set for November 14, 2017 for good cause shown, as set forth below:

A Case Management Conference was set in the above caption case for November 14, 2017.

Counsel for Defendant, Doug Scullion and Anna Youssefi are unable to attend the Case Management Conference on November 14, 2017 due to unavoidable scheduling conflicts.

CASE NO: 4:17-CV-04560-HSG

- 1 -

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

Counsel for Plaintiff has agreed, subject to the court's approval, to continue the Case Management Conference to November 28, 2017 or a later date convenient to the Court.

THE PARTIES THEREFORE STIPULATE AND AGREE, AND RESPECTFULLY REQUEST, for good cause shown, that the Court continue the November 14, 2017 Case Management Conference to November 28, 2017 or a subsequent date that is convenient for the Court.

IT IS SO STIPULATED.

Dated: November 9, 2017　　　　　　　　　　ROBOOSTOFF & KALKIN

By: */s/ Scott Kalkin*
　　　Scott Kalkin

Attorneys for Plaintiff
KIJOO KIM

Dated: November 9, 2017　　　　　　　　　　DENTONS US LLP

By: */s/ Douglas Scullion*
　　　Douglas Scullion
　　　Anna Youssefi

Attorneys for Defendant
THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 9, 2017

*[signature: Haywood S. Gilliam Jr.]*
UNITED STATES DISTRICT JUDGE
Haywood S. Gilliam, Jr.

CASE NO: 4:17-CV-04560-HSG

- 2 -

STIPULATION TO CONTINUE
CASE MANAGEMENT
CONFERENCE