# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

KIJOO KIM

        Plaintiff(s)

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

        Defendant(s)

CASE No C4:17-cv-04560-HSG

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R 5)

☒ **Mediation** (ADR L.R. 6)

☐ **Private ADR** *(specify process and provider)*

*Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*

☐ other requested deadline:

Date: 11-29-2017      /s/ Scott Kalkin
                                      Attorney for Plaintiff

Date: 11-29-2017      /s/ Anna S. Youssefi
                                      Attorney for Defendant

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: 11/29/2017

                                      U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

Form ADR-Stip rev. 1-2017

