Scott Kalkin 120791
**ROBOOSTOFF & KALKIN**
A Professional Law Corporation
369 Pine Street, Suite 820
San Francisco, California 94104
(415) 732-0282

Attorney for Plaintiff Kijoo Kim

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kijoo Kim,<br><br>           Plaintiff,<br><br>v.<br><br>The Lincoln National Life Insurance Company,<br><br>           Defendant. | ACTION NO.: 17-cv-04560 HSG<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED by and between all parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii). Each party shall bear its own fees and costs.

//

//

//

Stipulation of Dismissal                                 1                            Case No: 17-4560 HSG

The parties respectfully request the Court's approval of this stipulation.

**ROBOOSTOFF & KALKIN**

Dated: May 10, 2019        By: _____/s/_____
                                Scott Kalkin
                                Attorneys for Plaintiff

**DENTONS US LLP**

Dated: May 10, 2019        By: _____/s/_____
                                Anna S. Youssefi
                                Attorneys for Defendant
                                Lincoln National Life Insurance Company

**IT IS SO ORDERED.**

Dated:  5/13/2019          By: *Haywood S. Gilliam Jr.* (signature)
                                The Honorable Haywood S. Gilliam, Jr.
                                United States District Court Judge